AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

FILED
U.S. District Court
District of Kansas

OCT 11 2017

Clerk U.S. District Court
By:_____Deputy Clerk

| In the Matter of the Search of | |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) |
| INFORMATION ASSOCIATED WITH FACEBOOK USER NAMES: Facebook.com/christian.dixon.5876; THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | ) ) ) ) |

Case No. 17-M-6144-01-KGG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Northern____ District of ____California____ *(identify the person or describe property to be searched and give its location):*

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ____18____ U.S.C. § ____1591____ , and the application is based on these facts:

☑ Continued on the attached sheet. (see attached affidavit of probable cause)

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Cameron M. Heath, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 11, 2017

_____
*Judge's signature*

City and state: Wichita, KS

Kenneth G. Gale, United States Magistrate Judge
*Printed name and title*



# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
**FACEBOOK USER NAME:**
**Facebook.com/christian.dixon.5876**
THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK INC.

Case No. 17- M-6144-01-KGG

## AFFIDAVIT IN SUPPORT OF APPLICATION
## FOR SEARCH WARRANT

I, Cameron M. Heath, Jr., Special Agent of the Federal Bureau of Investigation, being duly sworn, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1) I am employed as a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed as a Special Agent since September, 2015. I am currently assigned to the Wichita, Kansas, Resident Agency, Kansas City Division. Prior to service with the FBI, I was a State Police Officer for the State of Missouri. As a Special Agent of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. I have participated in a wide variety of criminal investigations, to include crimes against children, child exploitation, bank robbery, drug violations, white collar crimes, and other violent and non-violent Federal crimes. Additionally, I have participated in the preparation and/or execution of many searches and arrests.

2)   As a Federal Agent, your affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3)   This Affidavit is in support of an Application for a search warrant for information associated with a certain FACEBOOK account that is stored at premises owned, maintained, controlled, or operated by FACEBOOK INC. (FACEBOOK), a social networking company headquartered in Menlo Park, California. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703 (c)(1)(A) to require FACEBOOK to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID. The information to be disclosed by FACEBOOK is described in Attachment A, which will be searched by law enforcement for the information described in Attachment B.

4)   Based upon the information contained in this Affidavit, I have reason to believe that in said FACEBOOK account there is now located evidence of violation(s) of 18 U.S.C. § 1591, relating to the Sex Trafficking of a Minor.

5)   The information in this Affidavit is information known to me as a result of my participation in this investigation or is information that has been communicated to me by other law enforcement investigators and witnesses, involved in this investigation. Since this Affidavit is being submitted for the limited purpose of supporting a search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of violation of 18 U.S.C. § 1591, are presently located on the said FACEBOOK accounts.

## PROBABLE CAUSE

6)    On or about June 27, 2017, Officer Kent Bauman, of the Wichita Police Department (WPD), and Anne Ellis, Child Protection Specialist, of the Kansas Department for Children and Families, interviewed MINOR VICTIM, a then 16 year old white female (born in June 2001), at the Wichita Children's Home.

7)    Based on disclosures made by MINOR VICTIM relating to sex trafficking, it was determined that MINOR VICTIM should be interviewed by Detectives Brent Huhman and Latavia Klumpp, both of the WPD Exploited Missing Child Unit (EMCU).

8)    On June 29, 2017, Detectives Huhman and Klumpp interviewed MINOR VICTIM at the WPD EMCU, who told them the following.

### Minor Victim's Interview

9)    In September of 2016, MINOR VICTIM (15 at the time) was walking with a friend in the southeast part of Wichita, KS. She was approached by a black male, identified as JOHNELL CARTER, also known as "Gotti."

10)    CARTER and MINOR VICTIM exchanged contact information with one another, and CARTER began communicating with MINOR VICTIM via FACEBOOK and SNAPCHAT.

11)    From September 2016 through June, 2017, MINOR VICTIM and CARTER met several times in person, and engaged in sexual intercourse twice.

12)     At an unknown time in January 2017, CARTER drove MINOR VICTIM to meet two females at a hotel located on East Kellogg in Wichita. The two females informed MINOR VICTIM about prostitution and how BACKPAGE worked.[1]

13)     Prior to leaving the hotel located on East Kellogg in Wichita, CARTER told MINOR VICTIM that he had created an advertisement of her on BACKPAGE. CARTER then told MINOR VICTIM that she had a pending date to which CARTER needed to take MINOR VICTIM.

14)     CARTER drove MINOR VICTIM to a house near Murdock Street and Edgemoor Street, in Wichita. Upon arriving at the house, CARTER gave MINOR VICTIM a condom. CARTER told MINOR VICTIM to go inside the house and do whatever the man wanted, obtain money from him, and call CARTER when she was finished having sex.

15)     MINOR VICTIM complied with CARTER'S instruction. MINOR VICTIM went to the front door, contacted an unknown black male, whom she described to be in his twenties. The man walked MINOR VICTIM through the house and told her to stay quiet because it was not his house. He took MINOR VICTIM into a bedroom where they had sexual intercourse. He paid MINOR VICTIM $100 for the sex. MINOR VICTIM contacted CARTER and told CARTER that she was done.

16)     CARTER told MINOR VICTIM to meet him outside the house, but down the street from where she was. A short time later, CARTER picked MINOR VICTIM up. MINOR VICTIM told CARTER the man paid her $100, at which point she gave CARTER the money. CARTER kept approximately $60 and gave MINOR VICTIM the rest.

---

[1] BACKPAGE is an on-line classified advertisement company headquartered in Dallas, Texas.

17)     A few weeks after MINOR VICTIM'S first "date," CARTER took MINOR VICTIM to the Motel 6, located at 5736 West Kellogg in Wichita, KS.

18)     At the Motel 6, MINOR VICTIM was introduced to "Jazzy, Izzy, and Bella," who were instructed by CARTER to further educate MINOR VICTIM on how to sell herself for money.

19)     In the following weeks after meeting "Jazzy, Izzy, and Bella," MINOR VICTIM and CARTER continued communicating via FACEBOOK. Utilizing FACEBOOK, CARTER and MINOR VICTIM would communicate with one another in determining when and where their future meets would be, and CARTER continued discussing prostitution with her.

20)     In March of 2017, JAZMIN MANUEL, CARTER'S on-again-off-again girlfriend, contacted MINOR VICTIM via FACEBOOK. MANUEL knew MINOR VICTIM through CARTER, as MINOR VICTIM and CARTER were "friends" on FACEBOOK. MANUEL requested MINOR VICTIM to go with her to the San Antonio, Texas area. MANUEL'S brother "TK" was purportedly stranded in the San Antonio, Texas area, and MANUEL needed MINOR VICTIM'S help in getting TK back to Wichita.

21)     MANUEL'S plan was that she and MINOR VICTIM would have sex with men in Wichita to pay for the trip to San Antonio. MINOR VICTIM complied with MANUEL'S request.

22)     On approximately March 19, 2017, MANUEL posted advertisements of herself and MINOR VICTIM onto the Wichita BACKPAGE. As a result, MINOR VICTIM had sex with men in Wichita, followed by MANUEL driving MINOR VICTIM to Texas. Prior to arriving in the San Antonio, TX area, MANUEL posted advertisements of her and

MINOR VICTIM onto the San Antonio BACKPAGE. Upon arrival to the San Antonio area, MINOR VICTIM had sex with additional men for money.

23)    On March 21, 2017 a run-a-way report was initiated by MINOR VICTIM's mother, K.L. WPD Officer T. Newell took the report from K.L., at which point Officer Newell made contact with MANUEL via a phone call. MANUEL told Officer Newell that they were in the Dallas, TX area and were on their way back to Wichita. MANUEL told Officer Newell that she would take MINOR VICTIM back to her mother's house, upon arrival into Wichita.

24)    During MINOR VICTIM and MANUEL's trip back to Wichita, MANUEL told MINOR VICTIM to erase her phone because MANUEL thought there would be cops at K.L.'s house when they got back to Wichita. Upon arrival to Wichita, MANUEL dropped MINOR VICTIM off at a Walgreens near her mother's house.

25)    While walking home from the Walgreens, CARTER called MINOR VICTIM and asked where MINOR VICTIM was. CARTER told MINOR VICTIM he wanted to meet her and talk to her. A few blocks from MINOR VICTIM's house, CARTER picked MINOR VICTIM up in a car and drove her to nearby apartments which were abandoned.

26)    During their conversation, CARTER told MINOR VICTIM that he knew MINOR VICTIM went to Texas with MANUEL. CARTER was not happy that MINOR VICTIM had been working for MANUEL, at which point CARTER told MINOR VICTIM that if he found out that MINOR VICTIM was making money for MANUEL again, CARTER and MINOR VICTIM would have problems.

27)    On an unknown date in April of 2017, CARTER contacted MINOR VICTIM and told MINOR VICTIM he wanted to see her. CARTER sent a friend to pick MINOR VICTIM

up because CARTER did not want to be out driving late because of his warrants. CARTER'S friend dropped MINOR VICTIM off at a house in southeast Wichita.

28)   MINOR VICTIM and CARTER were the only people at the house. CARTER and MINOR VICTIM had sexual intercourse. After having sex, CARTER put his hands on MINOR VICTIM's neck and choked her, in addition to pulling MINOR VICTIM'S hair. CARTER told MINOR VICTIM that he heard MINOR VICTIM had been with MANUEL again. MINOR VICTIM told CARTER that was not true, but MINOR VICTIM did not resist CARTER because she did not know what to do. CARTER told MINOR VICTIM that he was not afraid to beat MINOR VICTIM like he had previously beaten MANUEL.

29)   A few days before June 6, 2017, CARTER called MINOR VICTIM and asked why MINOR VICTIM had not been calling him. CARTER then told MINOR VICTIM that he would give MINOR VICTIM his current address if she would come over and see him. MINOR VICTIM declined the offer because of how bad CARTER had scared her the last time she had saw CARTER.

30)   From January 2017 through the end of March 2017, MINOR VICTIM went on approximately seven dates, where she was paid for sex, as a result of either CARTER or MANUEL advertising her on BACKPAGE.

**Identification of Manuel and Carter**

31)   At the conclusion of the interview, Detective Huhman provided MINOR VICTIM a photo lineup of six black females. Detective Huhman asked MINOR VICTIM if she recognized any of the photographs and MINOR VICTIM indicated she did. MINOR VICTIM pointed out MANUEL and indicated that the photograph of MANUEL was the

same individual who recruited MINOR VICTIM via FACEBOOK to commit sex acts, and was the same individual who transported her from Wichita, KS to the San Antonio, TX area where she committed sex acts for money.

32)     On July 10, 2017, Detective Huhman had made additional contact with MINOR VICTIM. Detective Huhman provided MINOR VICTIM of a photo lineup of six black males. Detective Huhman asked MINOR VICTIM if she recognized any of the photographs and MINOR VICTIM indicated she did. MINOR VICTIM pointed out CARTER and indicated that the photograph of CARTER was the same individual who had recruited her via FACEBOOK to commit sex acts, and who had transported her to a residence in Wichita, KS to commit sex acts, as a result of an advertisement on BACKPAGE.

33)     Detective Huhman had gained consent from MINOR VICTIM to search through her FACEBOOK account, at which point Detective Huhman saw that MINOR VICTIM was FACEBOOK friends with CARTER and MANUEL.

**Facebook search warrants**

34)     On July 12, 2017, Detective Huhman submitted a search warrant to FACEBOOK, for the accounts of MANUEL and CARTER. The search warrant was through the Sedgwick County, KS District Court.

35)     On July 17, 2017, Detective Huhman received the results from the search warrant sent to FACEBOOK. The results to CARTER'S FACEBOOK account indicated CARTER had communication with another individual relating to CARTER's sex trafficking activities. Those   communications   were   with   the   user   of   FACEBOOK   UserID

"**christian.dixon.5876**" (**TARGET ACCOUNT**), believed to be an account operated by CHRISTIAN DIXON.

36) Messages found within CARTER's account indicated both CARTER and DIXON were involved in pimping MINOR VICTIM. It was found that CARTER had sent several indecent photos of MINOR VICTIM to DIXON utilizing FACEBOOK. CARTER told DIXON the photos were of "V," and later described MINOR VICTIM as "Lil bitch bad G." Later in the exchange, DIXON, referring to MINOR VICTIM, stated "I don't think she goes to work today tho."

### Backpage advertisements and Gmail connection

37) During the course of the investigation, Detective Huhman identified three BACKPAGE advertisements which included an associated email account of "biggc2300@gmail.com," an email account operated through Google.

38) On July 14, 2017, Detective Huhman issued Google a subpoena in regards to the "biggc2300@gmail.com" account. The purpose of the subpoena was to determine the subscriber information for the "biggc2300@gmail.com" account owner.

39) On August 28, 2017, Detective Huhman received the results from the aforementioned GOOGLE subpoena. The results from the GOOGLE subpoena indicated that CHRIS DIXON was the subscriber of the "biggc2300@gmail.com account."

40) Based on DIXON's involvement with the advertising of MINOR VICTIM for sex trafficking, as well as his communications with CARTER via FACEBOOK, it is believed that CHRISTIAN DIXON's FACEBOOK account will contain additional evidence associated with violations of 18 U.S.C. § 1591.

## BACKGROUND RELATING TO FACEBOOK

41)   I am aware, from discussion with other law enforcement, that the United States Magistrate Judge has familiarity with FACEBOOK and how the company operates its free-access social networking website of the same name. I am also aware that the reviewing United States Magistrate Judge has familiarity with the many features of a given FACEBOOK account, including how accounts are created and the types of information that FACEBOOK captures, records, and maintains on its servers.

42)   For this investigation, I am seeking "user-attribution" information that confirms the user associated with the account, which may be found within: subscriber information, IP logs, profile contact information, posts, pictures, messages, and friend lists. (While there may be other areas in which this information may be found, such as the Notes, Gifts, and Marketplace features, I am initially focusing on the areas listed above. This warrant is not intended to preclude another warrant for other areas associated with the account.)

43)   I am also seeking information relating to contact with or about MINOR VICTIM, which may include messages to and from MINOR VICTIM, messages sent to others about commercial sexual acts with MINOR VICTIM or "dates," and pictures or posts during the period of CARTER's or DIXON's involvement with MINOR VICTIM, and any information which may have bearing on the crimes under investigation.

44)   To obtain this information, I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require FACEBOOK to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of

the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## INORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

45) I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

46) Based on the aforementioned factual information, I submit that this affidavit supports probable cause for a search warrant authorizing the examination of the FACEBOOK account described in Attachment A to seek the items described in Attachment B.  Your affiant respectfully submits that there is probable cause to believe that evidence of criminal offenses, namely, violations of 18 U.S.C. § 1591, is located in the FACEBOOK accounts described above, and this evidence, listed in Attachment B to this affidavit, which is incorporated herein by reference, is contraband, the fruits of crime, or things otherwise criminally possessed, or property which is or has been used as the means of committing the foregoing offenses.

47) This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A)

& (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated."

48)     Your affiant, therefore, respectfully requests that the attached warrant be issued authorizing the search and seizure of the items listed in Attachment B.

Cameron M. Heath Jr.
Special Agent
FBI

Subscribed and sworn to before me in my presence on this ___11th___ day of October, 2017.

The Honorable Kenneth G. Gale
United States Magistrate Judge

## **ATTACHMENT A**

This warrant applies to information associated with the Facebook account:

**Facebook.com/Christian.dixon.5876 (Facebook name: Christian Dixon)**

The aforementioned Facebook account is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

<u>**ATTACHMENT B**</u>

**Particular Things to be seized**

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. (Facebook), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook. Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

     a.   The contact and personal identifying information associated with the account;

     b.   The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

     c.   Records of the IP addresses that logged into the account;

     d.   Records pertaining to communications between Facebook and any person regarding the user of the Facebook account, including contacts with support services and records of actions taken;

     e.   Past and present lists of friends created by the account;

     f.   Records of communications and messages made or received by the user, including all private messages, chat history, video calling, for the period of September 1, 2016 to present;

     g.   Activity logs for the account showing the user's posts, check-ins, and photo or video uploads, as well as all photo or videos uploaded by any user that has tagged the account identified in Attachment A, for the period of September 1, 2016 to present.

**II.     Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violation of 18 U.S.C. § 1591, relating to the Sex Trafficking of a Minor, including:

a.  Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

b.  Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

c.  The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

d.  The identity of the person(s) who communicated with the user name **"Christian.dixon5876" (Facebook name: Christian Dixon)** about matters relating to the Sex Trafficking of a Minor.